IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PELLEGRINI BROS. WINES, INC.,          No. C 12-02968 WHA

    Plaintiff,

  v.                                                    **ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE**

ROBERT PELLEGRINI,

    Defendant.

        The parties' stipulated dismissal with prejudice is **GRANTED**.

    **IT IS SO ORDERED.**

Dated: November 14, 2012.

                                                          WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE